**United States District Court**

For the Northern District of California

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3

4    CASE NO. _____

5    _____ ORDER SETTING CASE MANAGEMENT CONFERENCE

6         This action having been assigned to Judge Samuel Conti,

7         IT IS ORDERED that a conference will be held before Judge

8    Conti on _____ at 10:00 A.M. in the United

9    States Courthouse, 450 Golden Gate Avenue, San Francisco,

10   California.

11        The parties shall appear in person or through counsel and

12   shall be prepared to discuss the future course of the

13   litigation including, but not limited to, matters set forth

14   in Civil Local Rule 16-10.  Parties are to file a written case

15   management statement at least 10 days before said hearing date.

16        The parties are required to comply with the provisions

17   of Federal Rule of Civil Procedure 26, Civil Local Rules 16-3 to

18   16-10 (patent cases should comply with Patent Local Rule),

19   including, but not limited to, the following requirements:

20
21        1.   The parties must meet and confer no less than 21
               days prior to the initial case management
22             conference.

23        2.   The parties must devise a discovery plan and submit it,
               jointly, no less than 7 days prior to the case
24             management conference. The parties shall submit a
               proposed order embodying the terms of the discovery plan
25             at the status conference.

26        3.   At the "meet and confer" conference referenced in
               paragraph 1, above, the parties shall discuss
27             whether and to what extent they shall make the
               kinds of "disclosures" contemplated in Federal Rules
28             of Civil Procedure. The parties shall report to the

Dockets.Justia.com

**United States District Court**

For the Northern District of California

1    Court the results of this discussion in their case
     management conference statement.

2         Following the conference, appropriate orders will be

3    entered regulating and controlling future proceedings in the case.

4         PLAINTIFF IS DIRECTED TO SERVE COPIES OF THIS ORDER AT

5    ONCE UPON ALL PARTIES TO THIS ACTION AND UPON THOSE

6    SUBSEQUENTLY JOINED IN ACCORDANCE WITH THE PROVISIONS OF RULES 4

7    AND 5, FEDERAL RULES OF CIVIL PROCEDURE, and to file with the

8    Clerk of the Court a certificate reflecting such service.

9                                     FOR THE COURT:

10                                    Richard W. Wieking, Clerk

11

12                                    By: _____

13                                         Deputy Clerk

14

15

16

17

18

19

20

21

22

23   IMPORTANT:

24   SEE ATTACHED ORDER RE TIMELY FILING OF PLEADINGS, BRIEFS, AND
25   MOTIONS CALENDAR AND ELECTRONIC CASE FILING:

26   Judge Conti's Law and Motion Calendar
     is held at 10:00 A.M., Fridays.
27

28                              2

**United States District Court**

For the Northern District of California

NOTICE TO ALL ATTORNEYS:

ORDER RE TIMELY FILING OF PLEADINGS, BRIEFS, MOTIONS, ETC.

It has been noted by the court that many attorneys are not filing their pleadings and briefs within the time specified in the Local Rules, nor in the manner or form required.  Specifically, many attorneys have filed briefs and memoranda in excess of twenty-five (25) pages, without leave of court.  Said practice violates Civil Local Rule 7-4(b).

By addressing this order to you, the court does not infer that you or any member of your firm adheres to this practice, but rather seeks to put all attorneys on notice.

Any pleading or brief hereafter sought to be filed with the court after the required time, or in an improper manner or form, shall not be received or considered by the court.  Any attorney in violation of these requirements will be subject to other sanctions pursuant to Civil Local Rule 1-4.

RE ELECTRONIC CASE FILING:  In all cases that have been assigned to the Electronic Case Filing System, the parties are required to provide one paper copy of each document that is filed electroni-cally for use in chambers.   The paper copy of each document shall be delivered no later than noon on the day after the document is filed electronically.  Delivery shall be made directly to Judge Conti's chambers.

RE MOTIONS:  All pleadings relating to all motions should be complete as to briefing and argument, as the court will decide the issues therein without oral argument, unless otherwise ordered by the Judge.  When this occurs, the court will notify the parties that they need to appear.  (Civil Local Rule 7-6)