| | |
|---|---|
| 1 | Brian Hennessy State Bar No. 226721 |
| | bhennessy@perkinscoie.com |
| 2 | PERKINS COIE LLP |
| 3 | 101 Jefferson Drive |
| | Menlo Park, California 94025 |
| 4 | Telephone: 650.838.4300 |
| | Facsimile: 650.838.4350 |
| 5 | |
| 6 | James McCullagh, *pro hac vice application to follow* |
| | jmccullagh@perkinscoie.com |
| 7 | Joseph Cutler, *pro hac vice application to follow* |
| | jcutler@perkinscoie.com |
| 8 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4800 |
| 9 | Seattle, Washington 98101 |
| | Telephone: 206.359.8000 |
| 10 | Facsimile: 206.359.9000 |
| 11 | Attorneys for Plaintiff |
| 12 | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | Case No. C 09-05842 JF |
| Plaintiff, | **DECLARATION OF JOSEPH P. CUTLER IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE UNDER SEAL CERTAIN PORTIONS OF DOCUMENTS FILED IN CONNECTION WITH PLAINTIFF FACEBOOK INC.'S MOTION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| JEREMI FISHER; PHILIP POREMBSKI; RYAN SHIMEALL; and JOHN DOES 1-25, individuals; and CHOKO SYSTEMS LLC; HARM, INC.; PP WEB SERVICES LLC, iMEDIA ONLINE SERVICES LLC, and JOHN DOES 26-50, corporations, | |
| Defendants. | |

1.  **1.** I am legal counsel for Facebook, Inc. ("Facebook"), which is located in Palo Alto, California. I make this declaration based upon personal knowledge and am competent to testify to the facts set forth herein.

2.  **2.** I make this declaration in support of Facebook's Motion for Administrative Relief For Leave to File Under Seal certain portions of the following documents:

    a. Plaintiff Facebook, Inc.'s Memorandum of Points and Authorities in Support of Motion for Temporary Restraining Order;

    b. Declaration of Facebook Employee in Support of Plaintiff's Motion for Temporary Restraining Order; and

    c. Declaration of Joseph P. Cutler in Support of Plaintiff's Motion for Temporary Restraining Order;

3.  **3.** Sealing of the identified portions of the documents listed above is warranted because each of the referenced portions contains confidential, commercially sensitive information. This information could be abused by competitors or would-be hackers and spam artists. This is especially true with regard to information related to Facebook's confidential and proprietary network structure, defensive safety measures, methods for investigating a security breach, and the identity of Facebook personnel responsible for maintaining the security of the Facebook network and identifying perpetrators.

4.  **4.** I have narrowly tailored the paragraphs and documents identified in this request in order to minimize the portions that need to be filed under seal.

5.  **5.** Pursuant to Local Rule 79-5(c), Facebook will lodge with the clerk: (1) two copies of the unredacted documents, with the sealable portions highlighted in yellow, one of which is to be delivered to Chambers; and (2) a redacted version of the documents that the Clerk may file in the public record.

6.  **6.** A stipulation could not be obtained regarding this Administrative Motion to File under Seal Documents Filed in Connection with Plaintiff Facebook Inc.'s Motion for Temporary Restraining Order because we have only recently served Defendants and, despite a request that they contact us, they have not responded to our request.

    **I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

    EXECUTED at Seattle, Washington this 15th day of December, 2009.

                                                        /s/ Joseph P. Cutler
                                                           Joseph P. Cutler