1    Brian Hennessy State Bar No. 226721
     bhennessy@perkinscoie.com
2    PERKINS COIE LLP
     101 Jefferson Drive
3    Menlo Park, California  94025
     Telephone:  650.838.4300 / Facsimile:  650.838.4350

4    James McCullagh, *pro hac vice application to follow*
     jmccullagh@perkinscoie.com
5    Joseph Cutler, *pro hac vice application to follow*
     jcutler@perkinscoie.com
6    PERKINS COIE LLP
     1201 Third Avenue, Suite 4800
7    Seattle, WA  98101
     Telephone:  206.359.8000
8    Facsimile:  206.359.9000

9    Attorneys for Plaintiff
        FACEBOOK, INC.

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14

15   FACEBOOK, INC., a Delaware          Case No. C 09-05842 JF
     corporation,
16                                       **DECLARATION OF FACEBOOK
                     Plaintiff,          EMPLOYEE IN SUPPORT OF
17                                       PLAINTIFF'S MOTION FOR
          v.                             TEMPORARY RESTRAINING ORDER**
18
     JEREMI FISHER; PHILIP POREMBSKI;
19   RYAN SHIMEALL; and JOHN DOES 1-
     25, individuals, and CHOKO SYSTEMS;
20   HARM, INC.; iMEDIA ONLINE
     SERVICES LLC; and JOHN DOES 26-50,
21   corporations,

22                   Defendants.

23

24

25

26

27

28   LEGAL17301192.1                -1-         DECLARATION OF FACEBOOK EMPLOYEE
                                                Case No. C 09-05842 JF

Dockets.Justia.com

1.     I, ██████ member of the security team at Facebook, Inc. ("Facebook") in Palo Alto, California in the United States, make this declaration based upon personal knowledge. I am competent to testify to the facts stated herein.

2.     Facebook, Inc. owns and operates the website located at http://www.facebook.com. Facebook currently has more than 350 million active users.

3.     My responsibilities at Facebook include maintaining the security of the Facebook website and all associated networks by investigating and combating Internet based attacks on Facebook and its users.

4.     Facebook users must register with Facebook, agree to its Statement of Rights and Responsibilities, and obtain a unique username and password before being permitted to view complete Facebook user profiles, invite other Facebook users to be their "friend," or use the Facebook networks, platform, or services (including Facebook messaging services).

5.     Defendants Jeremi Fisher, Philip Porembski, and Ryan Shimeall are registered users of Facebook ████████████████████████

6.     Registered Facebook users may send and receive messages to and from other registered Facebook users. Facebook users have complete control over those with whom they interact on Facebook. Users also have the ability to control access to their user profiles and Facebook's various messaging options.

7.     In my experience, privacy controls and secure communications among Facebook users are vital to the integrity of Facebook, to user confidence in Facebook services and, therefore, to the overall success of the company.

8.     Facebook does not distribute or permit the distribution of Facebook user email addresses for the purposes of allowing the sending of spam to Facebook users.

9. Facebook never gave Defendants permission to conduct any of the activities that are the subject of Facebook's Complaint and the present motion.

10. From November 5, 2008 continuing through the present, ███████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ███████████████████████ Defendants' attack is sophisticated, constantly evolving, and quickly escalating. ██████████████████████████████████████ ██████████████████

11. From approximately November 5, 2008 continuing through the present, ██████████████████████████████████████ ███████████████████████████████████████████ ███████████████████████████████████████████ ███████████████████████████████████████████ ███████████████████████████

12. From approximately November 5, 2008 continuing through the present, █████ ███████████████████████████████████████████ ████████████████████████████

13. ██████████████████████████████████ ███████████████████████████████████████████ ███████████████████████████████████████████ █████████████████████████████████████ ███████████████████████████████████████████

14. ████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████ All these spam messages drive traffic to the

phishing websites described in Paragraphs 16-17.

15.    I have observed a phishing process ████████████████████████

████████████████████████ from Facebook users to facilitate their spam campaigns.

Defendants' spam messages contain language such as "Hey just wanted to share this with you but

I made $852 today with google, so I thought I'd share this with you just visit

http://profitg00glecash.info."  Facebook users who click on links included in these spam

messages are directed to a phishing website designed to induce users to ████████████████

████████████████████████████████████████████

16.    A number of the phishing websites I believe Defendants are using falsely appear to

be ██████████████████████████████████████████████████

████████████████████████████████████████ Other phishing websites I

believe Defendants are using consist of a login page with commercial offers for free computers,

colon cleansers, moneymaking schemes, free ringtones, and offers for things such as IQ tests.

After a user ████████████████████████, the user is redirected to a third-party

commercial website.  Attached hereto as Exhibit A are true and correct copies of screenshots of

typical visits to several of Defendants' phishing websites, including one phishing website that

falsely appears ███████████████████.

      17.    My testing indicates that the Defendants have used and continue to use an

████████████████████████████████████obtained

without authorization and to send bulk spam messages to other Facebook user accounts.

      18.    My Facebook colleagues and I have dedicated a substantial amount of time and

effort to investigating and combating Defendants' phishing and spamming campaign.  Defendants

have implemented aggressive and successive countermeasures to maintain and expand their

phishing and spamming campaigns, ██████████████████████

████████████████████████ Facebook

has expended more than $5,000 to combat Defendants' unauthorized activities.

      19.   ████████████████████████

██████████████████████████

████████████████

      20.   ████████████████████████

██████████████████████

████████████████████████

████████████████████████

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

EXECUTED at Palo Alto, California this 15th day of December, 2009.

████████████_____

DECLARATION OF FACEBOOK EMPLOYEE
Case No. C 09-05842 JF

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: December 15, 2009

**PERKINS COIE** LLP

By: /s/ _____
Brian Hennessy

*Attorneys for Plaintiff Facebook, Inc.*

-6-

DECLARATION OF FACEBOOK EMPLOYEE
Case No. C 09-05842 JF

# EXHIBIT A

**[ REDACTED ]**











