1  Brian Hennessy State Bar No. 226721
   bhennessy@perkinscoie.com
2  PERKINS COIE LLP
   101 Jefferson Drive
3  Menlo Park, California 94025
   Telephone: 650.838.4300 / Facsimile: 650.838.4350
4
   James McCullagh, *pro hac vice application to follow*
5  jmccullagh@perkinscoie.com
   Joseph Cutler, *pro hac vice application to follow*
6  jcutler@perkinscoie.com
   PERKINS COIE LLP
7  1201 Third Avenue, Suite 4800
   Seattle, WA 98101
8  Telephone: 206.359.8000
   Facsimile: 206.359.9000
9
   Attorneys for Plaintiff
10    FACEBOOK, INC.

11                    UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13                    SAN JOSE DIVISION
14

15 | FACEBOOK, INC., a Delaware corporation, | Case No. C 09-05842 JF
16 |                                          | **DECLARATION OF JOSEPH P. CUTLER IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**
17 | Plaintiff,                               |
18 | v.                                       |
19 | JEREMI FISHER; PHILIP POREMBSKI; RYAN SHIMEALL; and JOHN DOES 1-25, individuals, and CHOKO SYSTEMS; HARM, INC.; iMEDIA ONLINE SERVICES LLC; and JOHN DOES 26-50, corporations, |
23 | Defendants.                              |

LEGAL17300115.1                    -1-                 DECLARATION OF JOSEPH P. CUTLER
                                                        Case No. C 09-05842 JF

Dockets.Justia.com

1. I am an attorney in the Seattle, Washington office of Perkins Coie, LLP. I make this declaration based upon personal knowledge and am competent to testify to the facts stated herein.

2. On or about October 21, 2008 Facebook, by and through counsel, wrote a letter to Defendant Ryan Shimeall demanding that he cease and desist from sending unsolicited commercial email messages ("spam") to Facebook users.

3. On or about October 29, 2008, Facebook, by and through counsel, wrote to Defendants Jeremi Fisher and Philip Porembski demanding that they cease and desist from deceptively soliciting Facebook user personal and login information and from sending spam to Facebook users through the Facebook computers and network.

4. On or about October 30, 2008, Defendant Jeremi Fisher responded to Facebook's cease and desist letter claiming, in part, that "I do not, will not nor do anything spamming or harm with facebook. I have no reason to be on that site" (sic). ███████████████████████████
███████████████████████████
███████████████████████████

5. On or about October 29, 2008, Defendant Philip Porembski responded to Facebook's cease and desist letter claiming, in part, that "I want to stress the fact that this is not me sending on facebook" (sic). ███████████████████████████
███████████████████████████
███████████████████████████

6. On or about October 28, 2008, ███████████████████████████
███████████████████████████

1  ███████████████████████████████████████

2  ████████████████████████

3       7.  ███████████████████████████████

4  ███████████████████████████████████████

5  ███████████████████████████████████████

6  ███████████████████████████████████████

7  ███████████████████████████████████████

8  ████████████████████

9  **I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

12 EXECUTED at Seattle, Washington this 15th day of December, 2009.

*[signature]*
Joseph P. Cutler