Brian Hennessy, State Bar No. 226721
bhennessy@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California  94025
Telephone: 650.838.4300
Facsimile: 650.838.4350

James McCullagh, *pro hac vice application to follow*
jmccullagh@perkinscoie.com
Joseph Cutler, *pro hac vice application to follow*
jcutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
  FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEREMI FISHER; PHILIP POREMBSKI; RYAN SHIMEALL; and JOHN DOES 1-25, individuals; and CHOKO SYSTEMS LLC; HARM, INC.; PP WEB SERVICES LLC, iMEDIA ONLINE SERVICES LLC, and JOHN DOES 26-50, corporations,<br><br>Defendants. | Case No. C-09-05842-JF<br><br>**DECLARATION OF JOSEPH P. CUTLER IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL THE SECOND DECLARATION OF JOSEPH P. CUTLER IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

60406-0005.1001/LEGAL17451192.1     -1-     DECLARATION OF JOSEPH P. CUTLER IN SUPPORT OF MOTION TO SEAL
Case No. C-09-05842-JF

1. My name is Joseph P. Cutler and I am legal counsel for Facebook, Inc. ("Facebook"), which is located in Palo Alto, California. I make this declaration based upon personal knowledge and am competent to testify to the facts set forth herein.

2. I make this declaration in support of Facebook's Motion for Administrative Relief to File Under Seal the Second Declaration of Joseph P. Cutler in Support of Plaintiff's Motion for Temporary Restraining Order submitted to this Court on December 17, 2009.

3. Sealing of the document listed above is warranted because it contains information that document contains information that could place the safety of Facebook's employees and Facebook's counsel in jeopardy. The mentioned document also contains information relating to Facebook's confidential and proprietary network structure, defensive safety measures, and methods for investigating a security breach, which constitute Facebook's trade secrets and/or privileged information. Disclosure of this information could increase the likelihood of physical or other harm, or be abused by malicious hackers or copy-cat spam artists.

4. A stipulation could not be obtained regarding the Motion for Administrative Relief to Seal the Second Declaration of Joseph P. Cutler in Support of Plaintiff's Motion for Temporary Restraining Order because we have only recently served Defendants and, despite a request that they contact us, they have not all yet responded to our request.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

EXECUTED at Seattle, Washington this 17th day of December, 2009.

_____
Joseph P. Cutler