1 Brian Hennessy State Bar No. 226721
bhennessy@perkinscoie.com
2 PERKINS COIE LLP
101 Jefferson Drive
3 Menlo Park, California 94025
Telephone: 650.838.4300
4 Facsimile: 650.838.4350

5
James McCullagh, *pro hac vice application to follow*
6 jmccullagh@perkinscoie.com
Joseph Cutler, *pro hac vice application to follow*
7 jcutler@perkinscoie.com
PERKINS COIE LLP
8 1201 Third Avenue, Suite 4800
Seattle, Washington 98101
9 Telephone: 206.359.8000
Facsimile: 206.359.9000
10

11 Attorneys for Plaintiff
  FACEBOOK, INC.
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                           SAN JOSE DIVISION

16

17 FACEBOOK, INC., a Delaware        Case No. C 09-05842 JF
   corporation,
18                                   [PROPOSED] ORDER GRANTING
              Plaintiff,             MOTION FOR ADMINISTRATIVE
19                                   RELIEF TO FILE UNDER SEAL THE
         v.                          SECOND DECLARATION OF JOSEPH P.
20                                   CUTLER IN SUPPORT OF PLAINTIFF'S
   JEREMI FISHER; PHILIP POREMBSKI;  MOTION FOR TEMPORARY
21 RYAN SHIMEALL; and JOHN DOES 1-   RESTRAINING ORDER
   25, individuals; and CHOKO SYSTEMS
22 LLC; HARM, INC.; PP WEB SERVICES
   LLC, iMEDIA ONLINE SERVICES LLC,
23 and JOHN DOES 26-50, corporations,

24            Defendants.

25

26   Upon Consideration of Plaintiff Facebook, Inc.'s ("Facebook") Motion for Administrative

27 Relief to File Under Seal the Second Declaration of Joseph P. Cutler in Support of Plaintiff's

28

LEGAL17440249.1                         -1-             [PROPOSED] ORDER GRANTING MOTION
                                                           FOR ADMINISTRATIVE RELIEF
                                                              Case No. C-09-05842 JF

Dockets.Justia.com

1  Motion for Temporary Restraining Order, the authorities provided therein, and the supporting
2  Declaration of Joseph P. Cutler, the Court finds there to be good cause for granting Facebook's
3  request to file under seal the document lodged in connection with Plaintiff's Motion for
4  Temporary Restraining Order.
5      GOOD CAUSE having been shown, the Court finds that:
6      The parties possess overriding confidentiality interests that overcome the right of public
7  access to the Second Declaration of Joseph P. Cutler in Support of Plaintiff's Motion for
8  Temporary Restraining Order.
9      IT IS THEREFORE ORDERED that Facebook's Motion for Administrative Relief to File
10 Under Seal the Second Declaration of Joseph P. Cutler in Support of Plaintiff's Motion for
11 Temporary Restraining Order is GRANTED.
12     IT IS FURTHER ORDERED that the Clerk of the Court shall *file under seal* the
13 unredacted documents referenced above, keeping those documents from public inspection in
14 accordance with the procedure set forth in LR 79-5(f).
15     IT IS FURTHER ORDERED that no party to this action shall publish (by electronic
16 means or otherwise) or directly or indirectly disclose or cause to be disclosed to the public, or to
17 any person or entity that is not a party to this action or counsel to a party to this action, the
18 unredacted documents, or any portion thereof that is redacted in the redacted documents, without
19 an order from this Court granting permission to do so.
20
21 Dated:_____
22
23                                        The Honorable Jeremy Fogel
24                                        United States District Judge
25
26
27
28

| | |
|---|---|
| 1 | |
| 2 | DATED: December 17, 2009         PERKINS COIE LLP |

DATED:  December 17, 2009

PERKINS COIE LLP

By: */s/ Brian Hennessy*
    Brian Hennessy

*Attorneys for Plaintiff Facebook, Inc.*

LEGAL17440249.1

-3-

[PROPOSED] ORDER GRANTING MOTION
FOR ADMINISTRATIVE RELIEF
Case No. C-09-05842 JF