Brian Hennessy State Bar No. 226721
bhennessy@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California 94025
Telephone: 650.838.4300
Facsimile: 650.838.4350

James McCullagh, *pro hac vice application to follow*
jmccullagh@perkinscoie.com
Joseph Cutler, *pro hac vice application to follow*
jcutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
FACEBOOK, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

FACEBOOK, INC., a Delaware corporation,

Plaintiff,

v.

JEREMI FISHER; PHILIP POREMBSKI; RYAN SHIMEALL; and JOHN DOES 1-25, individuals; and CHOKO SYSTEMS LLC; HARM, INC.; PP WEB SERVICES LLC, iMEDIA ONLINE SERVICES LLC, and JOHN DOES 26-50, corporations,

Defendants.

Case No. C 09-05842 JF

**~~[PROPOSED]~~ ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN PORTIONS OF DOCUMENTS UNDER SEAL**

Upon Consideration of Plaintiff Facebook, Inc.'s ("Facebook") Motion for Administrative Relief to File Under Seal Certain Portions of Documents Filed in Connection with its Motion for

Temporary Restraining Order, the authorities provided therein, and the supporting Declaration of Joseph P. Cutler, the Court finds there to be good cause for granting Facebook's request to file under seal the sections marked for redaction in the documents lodged in connection with Plaintiff Facebook's Motion for Temporary Restraining Order.

GOOD CAUSE having been shown, the Court finds that:

(1) The parties possess overriding confidentiality interests that overcome the right of public access to the recording of the sections marked for redaction by Facebook, contained in the following documents:

    a. Plaintiff Facebook, Inc.'s Memorandum of Points and Authorities in Support of Motion for Temporary Restraining Order;

    b. Declaration of Facebook Employee in Support of Plaintiff's Motion for Temporary Restraining Order; and

    c. Declaration of Joseph P. Cutler in Support of Plaintiff's Motion for Temporary Restraining Order.

IT IS THEREFORE ORDERED that Facebook's Administrative Motion for Leave to File Under Seal Documents Filed in Connection with Plaintiff Facebook's Motion for Temporary Restraining Order is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall file *under seal* the unredacted documents referenced above, keeping those documents from public inspection in accordance with the procedure set forth in LR 79-5(f). The Court shall further accept for filing the *redacted* versions of the above-referenced documents, making those *redacted* versions of the documents available for public inspection.

IT IS FURTHER ORDERED that no party to this action shall publish (by electronic means or otherwise) or directly or indirectly disclose or cause to be disclosed to the public, or to any person or entity that is not a party to this action or counsel to a party to this action, the unredacted documents, or any portion thereof that is redacted in the redacted documents, without an order from this Court granting permission to do so.

1
2   Dated: 12/18/09

3
4                                              _____
                                               The Honorable Jeremy Fogel
                                               United States District Judge
5
6
7   DATED: December 15, 2009            **PERKINS COIE LLP**
8
9                                       By: /s/ _____
                                              Brian Hennessy
10
                                        *Attorneys for Plaintiff Facebook, Inc.*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28