1  Brian Hennessy State Bar No. 226721
   bhennessy@perkinscoie.com
2  PERKINS COIE LLP
   101 Jefferson Drive
3  Menlo Park, California  94025
   Telephone: 650.838.4300
4  Facsimile: 650.838.4350

5  James McCullagh, *pro hac vice application to follow*
   jmccullagh@perkinscoie.com
6  Joseph Cutler, *pro hac vice application to follow*
   jcutler@perkinscoie.com
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4800
8  Seattle, Washington  98101
   Telephone: 206.359.8000
9  Facsimile: 206.359.9000

10 Attorneys for Plaintiff
     FACEBOOK, INC.
11

12

13                          UNITED STATES DISTRICT COURT

14                         NORTHERN DISTRICT OF CALIFORNIA

15                                SAN JOSE DIVISION

16

17 FACEBOOK, INC., a Delaware            Case No. C 09-05842 JF
   corporation,
18                                       **STIPULATED ORDER AND PERMANENT**
                  Plaintiff,             **INJUNCTION**
19
         v.
20
   JEREMI FISHER; PHILIP POREMBSKI;
21 RYAN SHIMEALL; and JOHN DOES 1-
   25, individuals; and CHOKO SYSTEMS
22 LLC; HARM, INC.; PP WEB SERVICES
   LLC, iMEDIA ONLINE SERVICES LLC,
23 and JOHN DOES 26-50, corporations,

24                Defendants.

25

26
          **WHERAS** Facebook commenced this action seeking, among other things, a permanent
27
   injunction enjoining Defendants Jeremi Fisher, Philip Porembski, Ryan Shimeall, Choko Systems
28

LEGAL17487405.1                    -1-      STIPULATED ORDER AND PERMANENT
                                            INJUNCTION
                                            Case No. C 09-05842 JF

Dockets.Justia.com

LLC, Harm, Inc., PPWeb Services LLC, and iMedia Online Services LLC (collectively "Defendants") and their officers, agents, servants, and employees, and those persons acting in concert or participation with them from engaging in an unlawful spam campaign against Facebook users, unauthorized access to Facebook's network and Facebook user profiles, and from otherwise breaching Facebook's Statement of Rights and Responsibilities;

**WHEREAS** Defendants Ryan Shimeall and iMedia Online Services LLC and Facebook consent to the entry of a permanent injunction, the terms of which are set forth below:

1. Defendants Ryan Shimeall and iMedia Online Services LLC, and all of their officers, agents, servants, employees and attorneys, and persons in active concert or participation with him who receive actual notice of this order are hereby enjoined from:

   a. Initiating or procuring transmission of unsolicited commercial electronic messages ("spam") on or through Facebook's computers, Facebook's website, Facebook's networks, or to Facebook users;

   b. Accessing or attempting to access Facebook's website, networks, data, information, user information, profiles, computers, or computer systems;

   c. Soliciting, requesting, or taking any action to induce Facebook users to provide identifying information or representing that such solicitation, request, or action is being done with Facebook's authorization or approval;

   d. Purchasing, using, distributing, trafficking in, or selling compromised Facebook user account information;

   e. Accessing or procuring the access of the accounts of other Facebook users;

   f. Retaining any copies, electronic or otherwise, of any Facebook information, including user login information or passwords, obtained through illegitimate or unlawful actions;

   g. Engaging in any activity that alters, damages, deletes, destroys, disrupts, diminishes the quality of, interferes with the performance of, or impairs the functionality of Facebook's computers, computer system computer network, data, website, or services;

      h.    Engaging in any unlawful activities alleged in this action;

      i.    Entering or accessing the physical premises or facilities of Facebook or its counsel; or

      j.    Engaging in any activity that violates, or encourages, induces or facilitates violations of the Statement of Rights and Responsibilities, attached as Exhibit A to the Complaint in this action.

2. This Stipulated Order and Permanent Injunction is final and may not be appealed by either party.

DATED this 4th day of January, 2010.

**PERKINS COIE LLP**

By: s/ Brian Hennessey
      Brian Hennessey

Attorneys for Plaintiff
FACEBOOK, INC

**RYAN SHIMEALL**

By: _[signature]_
    Ryan Shimeall

**RYAN SHIMEALL**

By: _[signature]_
    Ryan Shimeall

**For:** iMedia Online Systems LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter Judgment pursuant to this Order.

Dated: _____, 2010

_____
The Honorable Jeremy Fogel
United States District Judge

Approved as to form by:

**PERKINS COIE LLP**

By: /s/ Brian Hennessey
Brian Hennessey

Attorneys for Plaintiff
FACEBOOK, INC

# CERTIFICATE OF SERVICE

I certify that on January 4, 2010, I sent the foregoing STIPULATED ORDER AND PERMANENT INJUNCTION , which was filed with the Clerk of the Court using the CM/ECF system, via U.S. mail and electronic mail to the following Defendants:

Jeremi Fisher
Choko Systems LLC
35 Jackson Street
Akron, New York 14001
chokosystems@gmail.com

Philip Poremsbki
Harm Inc.
PP Web Services LLC
12155 Tributary Point Drive
Apt. 170
Rancho Cordova, California 95670
phil420@gmail.com

Ryan Shimeall
iMedia Online Services LLC
10299 Julian Court
Westminster, Colorado 80031
ryanlinx@yahoo.com

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 4th day of January 2010.

Ryan T. Mrazik, WSBA No. 40526
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
RMrazik@perkinscoie.com

*Attorneys for Defendant Facebook, Inc.*