Brian Hennessy State Bar No. 226721
bhennessy@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California 94025
Telephone: 650.838.4300
Facsimile: 650.838.4350

James McCullagh, *pro hac vice application to follow*
jmccullagh@perkinscoie.com
Joseph Cutler, *pro hac vice application to follow*
jcutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEREMI FISHER; PHILIP POREMBSKI; RYAN SHIMEALL; and JOHN DOES 1-25, individuals; and CHOKO SYSTEMS LLC; HARM, INC.; PP WEB SERVICES LLC, iMEDIA ONLINE SERVICES LLC, and JOHN DOES 26-50, corporations,<br><br>Defendants. | Case No. C 09-05842 JF<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL THE SECOND DECLARATION OF JOSEPH P. CUTLER IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER |

Upon Consideration of Plaintiff Facebook, Inc.'s ("Facebook") Motion for Administrative Relief to File Under Seal the Second Declaration of Joseph P. Cutler in Support of Plaintiff's

1  Motion for Temporary Restraining Order, the authorities provided therein, and the supporting
2  Declaration of Joseph P. Cutler, the Court finds there to be good cause for granting Facebook's
3  request to file under seal the document lodged in connection with Plaintiff's Motion for
4  Temporary Restraining Order.
5      GOOD CAUSE having been shown, the Court finds that:
6      The parties possess overriding confidentiality interests that overcome the right of public
7  access to the Second Declaration of Joseph P. Cutler in Support of Plaintiff's Motion for
8  Temporary Restraining Order.
9      IT IS THEREFORE ORDERED that Facebook's Motion for Administrative Relief to File
10 Under Seal the Second Declaration of Joseph P. Cutler in Support of Plaintiff's Motion for
11 Temporary Restraining Order is GRANTED.
12     IT IS FURTHER ORDERED that the Clerk of the Court shall *file under seal* the
13 unredacted documents referenced above, keeping those documents from public inspection in
14 accordance with the procedure set forth in LR 79-5(f).
15     IT IS FURTHER ORDERED that no party to this action shall publish (by electronic
16 means or otherwise) or directly or indirectly disclose or cause to be disclosed to the public, or to
17 any person or entity that is not a party to this action or counsel to a party to this action, the
18 unredacted documents, or any portion thereof that is redacted in the redacted documents, without
19 an order from this Court granting permission to do so.

21 Dated: 1/4/10

23          The Honorable Jeremy Fogel
            United States District Judge

| | |
|---|---|
| DATED:  December 17, 2009 | **PERKINS COIE** LLP |
| | By: */s/ Brian Hennessy* |
| | Brian Hennessy |
| | *Attorneys for Plaintiff Facebook, Inc.* |