1  DOWNEY BRAND LLP
   MICHAEL J. THOMAS (Bar No. 172326)
2  JEFFREY S. GALVIN (Bar No. 170223)
   MICHAEL SCHAPS (Bar No. 247423)
3  621 Capitol Mall, 18th Floor
   Sacramento, CA 95814-4731
4  Telephone: (916) 444-1000
   Facsimile: (916) 444-2100
5  mthomas@downeybrand.com

6  Attorneys for Defendants
   PHILIP POREMBSKI and PP WEB SERVICES LLC
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12 | FACEBOOK, INC., a Delaware corporation,         | Case No. C 09-05842 JF
13 |                                                 |
   | Plaintiff,                                      | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**
14 |                                                 |
   | v.                                              |
15 |                                                 |
   | JEREMI FISHER; PHILIP POREMBSKI;                |
16 | RYAN SHIMEALL; and JOHN DOES 1-                 |
   | 25, individuals; and CHOKO SYSTEMS              |
17 | LLC; HARM, INC.; PP WEB SERVICES                |
   | LLC; iMEDIA ONLINE SERVICES LLC;                |
18 | and JOHN DOES 26-50, corporations,              |
   |                                                 |
19 | Defendant.                                      |

20

21     WHEREAS, the Complaint of Plaintiff Facebook, Inc. ("Plaintiff") in this action was filed

22 on or about December 14, 2009 and served on Defendants Philip Porembski and PP Web Services

23 LLC (collectively, "Defendants") on or about December 14, 2009;

24     WHEREAS, Defendants have requested, and Plaintiff has agreed, to extend the deadline

25 for Defendants to file a responsive pleading for an additional 7 days, to and including January 11,

26 2010; and

27     WHEREAS, this additional time is not requested for purposes of delay and will not

28

1050404.1                          1

1 | interfere with any other deadlines set by the Court in this matter;

2 |     IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that

3 | the time within which Defendants shall be required to file a responsive pleading to Plaintiff's

4 | Complaint in this action shall be extended to January 11, 2010.

DATED: January 5, 2010      DOWNEY BRAND LLP

By:  /s/ *Michael J. Thomas*
    MICHAEL J. THOMAS
    Attorney for Defendants
    PHILIP POREMBSKI and PP WEB SERVICES LLC

DATED: January 5, 2010      PERKINS COIE LLP

By:  /s/ *Brian Hennessy (as authorized on 1-5-10)*
    BRIAN HENNESSY
    Attorney for Plaintiff
    FACEBOOK, INC., a Delaware corporation