1   Brian Hennessy State Bar No. 226721
bhennessy@perkinscoie.com
2   PERKINS COIE LLP                 **E-Filed 1/6/2010**
101 Jefferson Drive
3   Menlo Park, California 94025
Telephone: 650.838.4300
4   Facsimile: 650.838.4350

5

James McCullagh, *pro hac vice application to follow*
6   jmccullagh@perkinscoie.com
Joseph Cutler, *pro hac vice application to follow*
7   jcutler@perkinscoie.com
PERKINS COIE LLP
8   1201 Third Avenue, Suite 4800
Seattle, Washington 98101
9   Telephone: 206.359.8000
Facsimile: 206.359.9000

10   Attorneys for Plaintiff
     FACEBOOK, INC.
11

12

13                   UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                     SAN JOSE DIVISION

16

17   FACEBOOK, INC., a Delaware         Case No. C 09-05842 JF
     corporation,
18                              **STIPULATED ORDER AND PERMANENT**
            Plaintiff,             **INJUNCTION**
19

20        v.

21   JEREMI FISHER; PHILIP POREMBSKI;
RYAN SHIMEALL; and JOHN DOES 1-
22   25, individuals; and CHOKO SYSTEMS
LLC; HARM, INC.; PP WEB SERVICES
23   LLC, iMEDIA ONLINE SERVICES LLC,
and JOHN DOES 26-50, corporations,
24
           Defendants.
25

26     **WHERAS** Facebook commenced this action seeking, among other things, a permanent

27 injunction enjoining Defendants Jeremi Fisher, Philip Porembski, Ryan Shimeall, Choko Systems

28

LEGAL17487405.1               -1-      STIPULATED ORDER AND PERMANENT
                                        INJUNCTION
                                        Case No. C 09-05842 JF

1   LLC, Harm, Inc., PPWeb Services LLC, and iMedia Online Services LLC (collectively

2   "Defendants") and their officers, agents, servants, and employees, and those persons acting in

3   concert or participation with them from engaging in an unlawful spam campaign against

4   Facebook users, unauthorized access to Facebook's network and Facebook user profiles, and

5   from otherwise breaching Facebook's Statement of Rights and Responsibilities;

6        **WHEREAS** Defendants Ryan Shimeall and iMedia Online Services LLC and Facebook

7   consent to the entry of a permanent injunction, the terms of which are set forth below:

8        1.    Defendants Ryan Shimeall and iMedia Online Services LLC, and all of their

9   officers, agents, servants, employees and attorneys, and persons in active concert or participation

10   with him who receive actual notice of this order are hereby enjoined from:

11           a.    Initiating or procuring transmission of unsolicited commercial electronic

12               messages ("spam") on or through Facebook's computers, Facebook's

13               website, Facebook's networks, or to Facebook users;

14           b.    Accessing or attempting to access Facebook's website, networks, data,

15               information, user information, profiles, computers, or computer systems;

16           c.    Soliciting, requesting, or taking any action to induce Facebook users to

17               provide identifying information or representing that such solicitation,

18               request, or action is being done with Facebook's authorization or approval;

19           d.    Purchasing, using, distributing, trafficking in, or selling compromised

20               Facebook user account information;

21           e.    Accessing or procuring the access of the accounts of other Facebook users;

22           f.    Retaining any copies, electronic or otherwise, of any Facebook

23               information, including user login information or passwords, obtained

24               through illegitimate or unlawful actions;

25           g.    Engaging in any activity that alters, damages, deletes, destroys, disrupts,

26               diminishes the quality of, interferes with the performance of, or impairs the

27               functionality of Facebook's computers, computer system computer

28               network, data, website, or services;

1    h.    Engaging in any unlawful activities alleged in this action;

2    i.    Entering or accessing the physical premises or facilities of Facebook or its

3          counsel; or

4    j.    Engaging in any activity that violates, or encourages, induces or facilitates

5          violations of the Statement of Rights and Responsibilities, attached as

6          Exhibit A to the Complaint in this action.

7    2.    This Stipulated Order and Permanent Injunction is final and may not be appealed

8    by either party.

9

10   DATED this 4th day of January, 2010.

11

12

13   **PERKINS COIE** LLP                           **RYAN SHIMEALL**

14

15   **By:** s/ Brian Hennessey                      **By:** _Ryan Shill_
         Brian Hennessey                                 Ryan Shimeall

16

17         Attorneys for Plaintiff
18   FACEBOOK, INC

19

20                                                   **RYAN SHIMEALL**

21

22   **By:** _Ryan Shill_
                                                         Ryan Shimeall

23                                                   **For:** iMedia Online Systems LLC

24

25

26

27

28

LEGAL17487405 1                    -3-        STIPULATED ORDER AND PERMANENT
                                              INJUNCTION
                                              Case No. C-09-00798-JF

1

2

3

4

5 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6

7 **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter Judgment pursuant to this

Order.

8

9 Dated: _____January 6_____, 2010

10 The Honorable Jeremy Fogel
United States District Judge

11

12

13

14 Approved as to form by:

15 **PERKINS COIE LLP**

16

17 By: /s/ Brian Hennessey
Brian Hennessey

18

19 Attorneys for Plaintiff
FACEBOOK, INC

20

21

22

23

24

25

26

27

28

STIPULATED ORDER AND PERMANENT
INJUNCTION
Case No. C-09-00798-JF