Brian Hennessy State Bar No. 226721
bhennessy@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California 94025
Telephone: 650.838.4300
Facsimile: 650.838.4350

James McCullagh, *pro hac vice application to follow*
jmccullagh@perkinscoie.com
Joseph Cutler, *pro hac vice application to follow*
jcutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
  FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEREMI FISHER; PHILIP POREMBSKI; RYAN SHIMEALL; and JOHN DOES 1-25, individuals; and CHOKO SYSTEMS LLC; HARM, INC.; PP WEB SERVICES LLC, iMEDIA ONLINE SERVICES LLC, and JOHN DOES 26-50, corporations,<br><br>Defendants. | Case No. C 09-05842 JF<br><br>**STIPULATED ORDER AND PRELIMINARY INJUNCTION** |

**WHEREAS** Facebook commenced this action alleging that Defendants Jeremi Fisher, Philip Porembski, Ryan Shimeall, Choko Systems LLC, Harm, Inc., PP Web Services LLC, and

LEGAL17515698.2    -1-    STIPULATED ORDER AND PRELIMINARY INJUNCTION
Case No. C 09-05842 JF

PAGE 1/5 * RCVD AT 1/7/2010 4:48:58 PM [Pacific Standard Time] * SVR:SACRFAX01/0 * DNIS:5710 * CSID: * DURATION (mm-ss):01-22

Dockets.Justia.com

1  iMedia Online Services LLC engaged in an unlawful spam campaign against Facebook users and
2  unauthorized access to Facebook's network and Facebook user profiles;
3  **WHEREAS** Philip Porembski and PP Web Services LLC do not admit any liability and
4  expressly deny any and all liability as to the claims raised by Facebook; and nothing in this
5  stipulation is or shall be construed as an admission of any liability or any wrongdoing on the part
6  of the defendants; and
7  **WHEREAS** Defendants Philip Porembski, PP Web Services LLC and Facebook consent
8  to the entry of a preliminary injunction for the pendency of this matter.
9  Now it is hereby **ORDERED** as follows:
10  1. Defendants Philip Porembski and PP Web Services LLC, and all of their officers,
11  agents, servants, and employees, and persons in active concert or participation with them who
12  receive actual notice of this order are hereby enjoined from:
13      a. Initiating or procuring transmission of unsolicited commercial electronic
14         messages ("spam") on or through Facebook's computers, Facebook's
15         website, Facebook's networks, or to Facebook users;
16      b. Accessing or attempting to access Facebook's website, networks, data,
17         information, user information, profiles, computers, or computer systems;
18      c. Soliciting, requesting, or taking any action to induce Facebook users to
19         provide identifying information or representing that such solicitation,
20         request, or action is being done with Facebook's authorization or approval;
21      d. Purchasing, using, distributing, trafficking in, or selling compromised
22         Facebook user account information;
23      e. Accessing or procuring the access of the accounts of other Facebook users;
24      f. Engaging in any activity that alters, damages, deletes, destroys, disrupts,
25         diminishes the quality of, interferes with the performance of, or impairs the
26         functionality of Facebook's computers, computer system computer
27         network, data, website, or services;
28      g. Engaging in any unlawful activities alleged in this action;

LEGAL17515698.2    -2-    STIPULATED ORDER AND PRELIMINARY INJUNCTION
Case No. C-09-00798-JF

      h.     Entering or accessing the physical premises or facilities of Facebook or its counsel; or

      i.     Engaging in any activity that violates, or encourages, induces or facilitates violations of the Statement of Rights and Responsibilities, attached as Exhibit A to the Complaint in this action.

2.    Notwithstanding the foregoing prohibitions, nothing in this Preliminary Injunction shall restrict Defendants Philip Porembski and PP Web Services LLC from engaging in lawful activities that are reasonably necessary for the lawful defense of this action, including activities reasonably necessary to conduct discovery relating to this action.

3.    This Preliminary Injunction shall take effect immediately and shall remain in effect during the pendency of this matter.

DATED this 7th day of January, 2010.

\* \* \* This Space Left Intentionally Blank \* \* \*

LEGAL17515698.2           -3-          STIPULATED ORDER AND PRELIMINARY INJUNCTION
Case No. C-09-00798-JF

| | |
|---|---|
| **PERKINS COIE** LLP | **PHILIP POREMBSKI** |
| By: /s/<br>Brian Hennessey | By: [signature]<br>Philip Porembski |
| Attorneys for Plaintiff<br>FACEBOOK, INC | |
| | **PHILIP POREMBSKI** |
| | By: [signature]<br>Philip Porembski |
| | For: PP Web Services LLC |

//
//
//

LEGAL17515698.2 -4- STIPULATED ORDER AND PRELIMINARY INJUNCTION
Case No. C-09-00798-JF

PAGE 4/5 * RCVD AT 1/7/2010 4:48:58 PM [Pacific Standard Time] * SVR:SACRFAX01/0 * DNIS:5710 * CSID: * DURATION (mm-ss):01-22

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  IT IS FURTHER ORDERED that the Clerk of the Court shall enter Judgment pursuant to this
3  Order.
4

5  Dated: _____, 2010   _____
6                                   The Honorable Jeremy Fogel
                                     United States District Judge
7

8

9

10  Approved as to form by:

11  **PERKINS COIE LLP**

12

13  By:/s/ Brian Hennessey
    Brian Hennessey
14

15  Attorneys for Plaintiff
    FACEBOOK, INC
16

17  **DOWNEY BRAND**

18

19  By:/s/ Michael Thomas
    Michael Thomas
20
    621 Capitol Mall, 18th Floor
21  Sacramento, CA 95814
    916.520.5310
22  mthomas@downeybrand.com

23  Attorneys for Defendants PHILIP
    POREMBSKI, PP WEB SERVICES LLC,
24  AND HARM, INC.

25

26

27

28

LEGAL17515698.2                -5-      STIPULATED ORDER AND PRELIMINARY
                                        INJUNCTION
                                        Case No. C-09-00798-JF