1  Brian Hennessy State Bar No. 226721
   bhennessy@perkinscoie.com
2  PERKINS COIE LLP                                            ** E-Filed 1/8/2010**
   101 Jefferson Drive
3  Menlo Park, California 94025
   Telephone: 650.838.4300
4  Facsimile: 650.838.4350

5  James McCullagh, *pro hac vice application to follow*
   jmccullagh@perkinscoie.com
6  Joseph Cutler, *pro hac vice application to follow*
   jcutler@perkinscoie.com
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4800
8  Seattle, Washington 98101
   Telephone: 206.359.8000
9  Facsimile: 206.359.9000

10 Attorneys for Plaintiff
     FACEBOOK, INC.
11

12

13                          UNITED STATES DISTRICT COURT

14                         NORTHERN DISTRICT OF CALIFORNIA

15                                 SAN JOSE DIVISION

16

17 FACEBOOK, INC., a Delaware              Case No. C 09-05842 JF
   corporation,
18                                         **STIPULATED ORDER AND
                  Plaintiff,               PRELIMINARY INJUNCTION**
19
           v.
20
   JEREMI FISHER; PHILIP POREMBSKI;
21 RYAN SHIMEALL; and JOHN DOES 1-
   25, individuals; and CHOKO SYSTEMS
22 LLC; HARM, INC.; PP WEB SERVICES
   LLC, iMEDIA ONLINE SERVICES LLC,
23 and JOHN DOES 26-50, corporations,

24                Defendants.

25

26
         **WHEREAS** Facebook commenced this action alleging that Defendants Jeremi Fisher,
27
   Philip Porembski, Ryan Shimeall, Choko Systems LLC, Harm, Inc., PP Web Services LLC, and
28

                                                STIPULATED ORDER AND PRELIMINARY
   LEGAL17515698.2                    -1-       INJUNCTION
                                                Case No. C 09-05842 JF

PAGE 1/5 * RCVD AT 1/7/2010 4:48:58 PM [Pacific Standard Time] * SVR:SACRFAX01/0 * DNIS:5710 * CSID: * DURATION (mm-ss):01-22

dockets.Justia.com

1 iMedia Online Services LLC engaged in an unlawful spam campaign against Facebook users and
2 unauthorized access to Facebook's network and Facebook user profiles;
3     **WHEREAS** Philip Porembski and PP Web Services LLC do not admit any liability and
4 expressly deny any and all liability as to the claims raised by Facebook; and nothing in this
5 stipulation is or shall be construed as an admission of any liability or any wrongdoing on the part
6 of the defendants; and
7     **WHEREAS** Defendants Philip Porembski, PP Web Services LLC and Facebook consent
8 to the entry of a preliminary injunction for the pendency of this matter.
9     Now it is hereby **ORDERED** as follows:
10     1.    Defendants Philip Porembski and PP Web Services LLC, and all of their officers,
11 agents, servants, and employees, and persons in active concert or participation with them who
12 receive actual notice of this order are hereby enjoined from:
13     a.    Initiating or procuring transmission of unsolicited commercial electronic
14     messages ("spam") on or through Facebook's computers, Facebook's
15     website, Facebook's networks, or to Facebook users;
16     b.    Accessing or attempting to access Facebook's website, networks, data,
17     information, user information, profiles, computers, or computer systems;
18     c.    Soliciting, requesting, or taking any action to induce Facebook users to
19     provide identifying information or representing that such solicitation,
20     request, or action is being done with Facebook's authorization or approval;
21     d.    Purchasing, using, distributing, trafficking in, or selling compromised
22     Facebook user account information;
23     e.    Accessing or procuring the access of the accounts of other Facebook users;
24     f.    Engaging in any activity that alters, damages, deletes, destroys, disrupts,
25     diminishes the quality of, interferes with the performance of, or impairs the
26     functionality of Facebook's computers, computer system computer
27     network, data, website, or services;
28     g.    Engaging in any unlawful activities alleged in this action;

LEGAL17515698.2     -2-    STIPULATED ORDER AND PRELIMINARY INJUNCTION
Case No. C-09-00798-JF

PAGE 2/5 * RCVD AT 1/7/2010 4:48:58 PM [Pacific Standard Time] * SVR:SACRFAX01/0 * DNIS:5710 * CSID: * DURATION (mm-ss):01-22

h. Entering or accessing the physical premises or facilities of Facebook or its counsel; or

i. Engaging in any activity that violates, or encourages, induces or facilitates violations of the Statement of Rights and Responsibilities, attached as Exhibit A to the Complaint in this action.

2. Notwithstanding the foregoing prohibitions, nothing in this Preliminary Injunction shall restrict Defendants Philip Porembski and PP Web Services LLC from engaging in lawful activities that are reasonably necessary for the lawful defense of this action, including activities reasonably necessary to conduct discovery relating to this action.

3. This Preliminary Injunction shall take effect immediately and shall remain in effect during the pendency of this matter.

DATED this 7th day of January, 2010.

\* \* \* This Space Left Intentionally Blank \* \* \*

LEGAL17515698.2 -3- STIPULATED ORDER AND PRELIMINARY INJUNCTION
Case No. C-09-00798-JF

| | |
|---|---|
| PERKINS COIE LLP<br><br>By: /s/<br>    Brian Hennessey<br><br>Attorneys for Plaintiff<br>FACEBOOK, INC | PHILIP POREMBSKI<br><br>By: [signature]<br>    Philip Porembski<br><br><br>PHILIP POREMBSKI<br><br>By: [signature]<br>    Philip Porembski<br><br>For: PP Web Services LLC |

//
//
//

LEGAL17515698.2

-4-

STIPULATED ORDER AND PRELIMINARY INJUNCTION
Case No. C-09-00798-JF

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter Judgment pursuant to this Order.

Dated: __January 8__, 2010

_____
The Honorable Jeremy Fogel
United States District Judge

Approved as to form by:

**PERKINS COIE LLP**

By:/s/ Brian Hennessey
Brian Hennessey

Attorneys for Plaintiff
FACEBOOK, INC

**DOWNEY BRAND**

By:/s/ Michael Thomas
Michael Thomas

621 Capitol Mall, 18th Floor
Sacramento, CA 95814
916.520.5310
mthomas@downeybrand.com

Attorneys for Defendants PHILIP POREMBSKI, PP WEB SERVICES LLC, AND HARM, INC.

LEGAL17515698.2

-5-

STIPULATED ORDER AND PRELIMINARY INJUNCTION
Case No. C-09-00798-JF