1   Brian Hennessy State Bar No. 226721
    bhennessy@perkinscoie.com
2   PERKINS COIE LLP
    101 Jefferson Drive
3   Menlo Park, California  94025
    Telephone:  650.838.4300
4   Facsimile:  650.838.4350

5   James McCullagh, *pro hac vice application to follow*
    jmccullagh@perkinscoie.com
6   Joseph Cutler, *pro hac vice application to follow*
    jcutler@perkinscoie.com
7   PERKINS COIE LLP
    1201 Third Avenue, Suite 4800
8   Seattle, Washington  98101
    Telephone:  206.359.8000
9   Facsimile:  206.359.9000

10  Attorneys for Plaintiff
    FACEBOOK, INC.
11

12

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16

17  FACEBOOK, INC., a Delaware          Case No. C 09-05842 JF
    corporation,
18                                      **APPLICATION FOR ADMISSION OF**
                    Plaintiff,          **ATTORNEY *PRO HAC VICE***
19
20              v.

21  JEREMI FISHER; PHILIP POREMBSKI;
    RYAN SHIMEALL; and JOHN DOES 1-
22  25, individuals; and CHOKO SYSTEMS
    LLC; HARM, INC.; PP WEB SERVICES
23  LLC, iMEDIA ONLINE SERVICES LLC,
    and JOHN DOES 26-50, corporations,
24
                    Defendants.
25

26      Pursuant to Civil L.R. 11-3, James R. McCullagh, an active member in good standing of

27  the bar of Washington State, Western and Eastern Districts of Washington, and Ninth Circuit

28

FILED

2010 JAN 11  P 3:37

RICHARD W. WIEKING
CLERK U.S. DIST. COURT

Court of Appeals, whose business address and telephone number is Perkins Coie LLP, 1201 Third Avenue, Suite 4800, Seattle, Washington 98101, (206) 359-8000, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing FACEBOOK, INC. in the above-entitled action.

In support of this application, I certify on oath that:

1.     I am an active member in good standing of a United States Court or the highest court of another State or the District of Columbia, as indicated above;

2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Brian Hennessy State Bar No. 226721
> bhennessy@perkinscoie.com
> PERKINS COIE LLP
> 101 Jefferson Drive
> Menlo Park, California  94025
> Telephone:  650.838.4300
> Facsimile:  650.838.4350

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/7/2010

James R. McCullagh

DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611006614
Cashier ID: harwellt
Transaction Date: 01/11/2010
Payer Name: Perkins Coie LLP
-----------------------------------
PRO HAC VICE
 For: James R. McCullagh
 Case/Party: D-CAN-5-10-AT-PROHAC-001
 Amount:      $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 1043200
 Amt Tendered:  $210.00
-----------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

Case # 09-cv-5842-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.