Brian Hennessy State Bar No. 226721
bhennessy@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California 94025
Telephone: 650.838.4300
Facsimile: 650.838.4350

James McCullagh, *pro hac vice application to follow*
jmccullagh@perkinscoie.com
Joseph Cutler, *pro hac vice application to follow*
jcutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
  FACEBOOK, INC.

FILED
2010 JAN 11 P 3:38

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

Paid

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>JEREMI FISHER; PHILIP POREMBSKI; RYAN SHIMEALL; and JOHN DOES 1-25, individuals; and CHOKO SYSTEMS LLC; HARM, INC.; PP WEB SERVICES LLC, iMEDIA ONLINE SERVICES LLC, and JOHN DOES 26-50, corporations,<br><br>             Defendants. | Case No. C 09-05842 JF<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Joseph P. Cutler

Pursuant to Civil L.R. 11-3, an active member in good standing of the bar of Washington State, Western and Eastern Districts of Washington, and Ninth Circuit Court of Appeals, whose

60406-0005.0030/LEGAL17517691.1            -1-            APPLICATION FOR ADMISSION OF ATTORNEY
Case No. C 09-05842 JF

...

business address and telephone number is Perkins Coie LLP, 1201 Third Avenue, Suite 4800, Seattle, Washington 98101, (206) 359-8000, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing FACEBOOK, INC. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Brian Hennessy State Bar No. 226721
> bhennessy@perkinscoie.com
> PERKINS COIE LLP
> 101 Jefferson Drive
> Menlo Park, California 94025
> Telephone: 650.838.4300
> Facsimile: 650.838.4350

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/7/2010

_Joseph Cutler_

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611006615
Cashier ID: harwellt
Transaction Date: 01/11/2010
Payer Name: Perkins Coie LLP
------------------------------------
PRO HAC VICE
 For: Joseph P. Cutler
 Case/Party: D-CAN-5-10-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 1043199
 Amt Tendered: $210.00
------------------------------------
Total Due:       $210.00
Total Tendered: $210.00
Change Amt:       $0.00

Case # 09-cv-5842-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```