1   DOWNEY BRAND LLP
    MICHAEL J. THOMAS (Bar No. 172326)
2   JEFFREY S. GALVIN (Bar No. 170223)
    MICHAEL SCHAPS (Bar No. 247423)
3   621 Capitol Mall, 18th Floor
    Sacramento, CA  95814-4731
4   Telephone: (916) 444-1000
    Facsimile: (916) 444-2100
5   mthomas@downeybrand.com

6   Attorneys for Defendants
    PHILIP POREMBSKI and PP WEB SERVICES LLC
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12   FACEBOOK, INC., a Delaware            Case No.  C 09-05842 JF
     corporation,
13                                         **STIPULATION TO EXTEND TIME TO**
                    Plaintiff,             **RESPOND TO INITIAL COMPLAINT**
14
     v.
15
     JEREMI FISHER; PHILIP POREMBSKI;
16   RYAN SHIMEALL; and JOHN DOES 1-
     25, individuals; and CHOKO SYSTEMS
17   LLC; HARM, INC.; PP WEB SERVICES
     LLC; iMEDIA ONLINE SERVICES LLC;
18   and JOHN DOES 26-50, corporations,

19                   Defendant.

20

21          WHEREAS, the Complaint of Plaintiff Facebook, Inc. ("Plaintiff") in this action was filed

22   on or about December 14, 2009 and served on Defendants Philip Porembksi and PP Web Services

23   LLC (collectively, "Defendants") on or about December 14, 2009;

24          WHEREAS, the parties previously entered into a Stipulation extending the responsive

25   pleading deadline to January 12, 2010;

26          WHEREAS, Defendants have requested, and Plaintiff has agreed, to extend the deadline

27   for Defendants to file a responsive pleading for an additional 2 weeks, to and including January

28

1051714.1                                    1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

1   26, 2010; and

2        WHEREAS, this additional time is not requested for purposes of delay and will not

3   interfere with any other deadlines set by the Court in this matter;

4        IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that

5   the time within which Defendants shall be required to file a responsive pleading to Plaintiff's

6   Complaint in this action shall be extended to January 26, 2010.

7   DATED:  January 12, 2010              DOWNEY BRAND LLP

8

9                                        By:   /s/ Michael J. Thomas
                                              _____
10                                                   MICHAEL J. THOMAS
                                                    Attorney for Defendants
11                                        PHILIP POREMBSKI and PP WEB SERVICES
                                                          LLC
12

13  DATED:  January 12, 2010              PERKINS COIE LLP

14

15                                       By:  /s/ Brian Hennessy (as authorized on 1-12-10)
                                              _____
16                                                    BRIAN HENNESSY
                                                    Attorney for Plaintiff
                                          FACEBOOK, INC., a Delaware corporation
17

18

19

20

21

22

23

24

25

26

27

28