Brian Hennessy State Bar No. 226721
bhennessy@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California 94025
Telephone: 650.838.4300
Facsimile: 650.838.4350

*RECEIVED 2010 JAN 11 P 3:37 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT N.D. OF CA. SAN JOSE*

James McCullagh, *pro hac vice application to follow*
jmccullagh@perkinscoie.com
Joseph Cutler, *pro hac vice application to follow*
jcutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
  FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JEREMI FISHER; PHILIP POREMBSKI; RYAN SHIMEALL; and JOHN DOES 1-25, individuals; and CHOKO SYSTEMS LLC; HARM, INC.; PP WEB SERVICES LLC, iMEDIA ONLINE SERVICES LLC, and JOHN DOES 26-50, corporations,<br><br>　　　　　Defendants. | Case No. C 09-05842 JF<br><br>(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

James R. McCullagh, whose business address and telephone number is Perkins Coie LLP, 1201 Third Avenue, Suite 4800, Seattle, WA 98101, (206) 359-8000, and who is an active

60406-0005.0030/LEGAL17521880.1　　-1-　　(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
Case No. C 09-05842 JF

Dockets.Justia.com

member in good standing of the bar of the State of Washington, Western and Eastern Districts of Washington, and Ninth Circuit Court of Appeals, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing FACEBOOK, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/14/10

United States District Court Judge Jeremy Fogel