1  Brian Hennessy State Bar No. 226721
   bhennessy@perkinscoie.com
2  PERKINS COIE LLP
   101 Jefferson Drive
3  Menlo Park, California 94025
   Telephone: 650.838.4300
4  Facsimile: 650.838.4350

5  James McCullagh, *pro hac vice application to follow*
   jmccullagh@perkinscoie.com
6  Joseph Cutler, *pro hac vice application to follow*
   jcutler@perkinscoie.com
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4800
8  Seattle, Washington 98101
   Telephone: 206.359.8000
9  Facsimile: 206.359.9000

10 Attorneys for Plaintiff
     FACEBOOK, INC.
11

12

13                 UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16

17 FACEBOOK, INC., a Delaware              Case No. C 09-05842 JF
   corporation,
18                                         (Proposed) ORDER GRANTING
                     Plaintiff,            APPLICATION FOR ADMISSION OF
19                                         ATTORNEY *PRO HAC VICE*
              v.
20
   JEREMI FISHER; PHILIP POREMBSKI;
21 RYAN SHIMEALL; and JOHN DOES 1-
   25, individuals; and CHOKO SYSTEMS
22 LLC; HARM, INC.; PP WEB SERVICES
   LLC, iMEDIA ONLINE SERVICES LLC,
23 and JOHN DOES 26-50, corporations,
24
                     Defendants.
25

26     Joseph P. Cutler, whose business address and telephone number is Perkins Coie LLP,

27 1201 Third Avenue, Suite 4800, Seattle, WA 98101, (206) 359-8000, and who is an active

28

RECEIVED

2010 JAN 11  P 3: 39

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF SAN JOSE

Dockets.Justia.com

1   member in good standing of the bar of the State of Washington, Western and Eastern Districts of

2   Washington, and Ninth Circuit Court of Appeals, having applied in the above-entitled action for

3   admission to practice in the Northern District of California on a pro hac vice basis, representing

4   FACEBOOK, INC.

5

6       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

7   conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

8   *vice.*  Service of papers upon and communication with co-counsel designated in the application

9   will constitute notice to the party.  All future filings in this action are subject to the requirements

10  contained in General Order No. 45, *Electronic Case Filing.*

11

12
    Dated:   1/14/10                    _____
13
                                        United States District Court Judge Jeremy Fogel
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28