| | |
|---|---|
| 1 | DOWNEY BRAND LLP |
| | MICHAEL J. THOMAS (Bar No. 172326) |
| 2 | JEFFREY S. GALVIN (Bar No. 170223) |
| | MICHAEL SCHAPS (Bar No. 247423) |
| 3 | 621 Capitol Mall, 18th Floor |
| | Sacramento, CA  95814-4731 |
| 4 | Telephone: (916) 444-1000 |
| | Facsimile: (916) 444-2100 |
| 5 | mthomas@downeybrand.com |
| | mschaps@downeybrand.com |
| 6 | |
| 7 | Attorneys for Defendants |
| | PHILIP POREMBSKI and PP WEB SERVICES LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | Case No.  C 09-05842 JF |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| JEREMI FISHER; PHILIP POREMBSKI; RYAN SHIMEALL; and JOHN DOES 1-25, individuals; and CHOKO SYSTEMS LLC; HARM, INC.; PP WEB SERVICES LLC; iMEDIA ONLINE SERVICES LLC; and JOHN DOES 26-50, corporations, | |
| Defendant. | |

WHEREAS, the Complaint of Plaintiff Facebook, Inc. ("Plaintiff") in this action was filed on or about December 14, 2009 and served on Defendants Philip Porembksi and PP Web Services LLC (collectively, "Defendants") on or about December 14, 2009;

WHEREAS, the parties previously entered into two Stipulations extending the responsive pleading deadlines to January 12, 2010 and January 26, 2010 respectively;

WHEREAS, Defendants have requested, and Plaintiff has agreed, to extend the deadline for Defendants to file a responsive pleading for an additional 30 days, to and including February

1  25, 2010; and

2  WHEREAS, this additional time is not requested for purposes of delay and will not
3  interfere with any other deadlines set by the Court in this matter;

4  IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that
5  the time within which Defendants shall be required to file a responsive pleading to Plaintiff's
6  Complaint in this action shall be extended to February 25, 2010.

7  DATED: January 26, 2010          DOWNEY BRAND LLP

9                                    By: /s/ Michael J. Thomas
10                                       MICHAEL J. THOMAS
                                         Attorney for Defendants
11                                       PHILIP POREMBSKI and PP WEB SERVICES
                                         LLC

13 DATED: February 1, 2010          PERKINS COIE LLP

15                                    By: /s/ Joseph P. Cutler (as authorized on 2-1-10)
                                         JOSEPH P. CUTLER
16                                       Attorney for Plaintiff
                                         FACEBOOK, INC., a Delaware corporation

1054224.1                            2

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT