DOWNEY BRAND LLP
MICHAEL J. THOMAS (Bar No. 172326)
JEFFREY S. GALVIN (Bar No. 170223)
MICHAEL SCHAPS (Bar No. 247423)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
mthomas@downeybrand.com
mschaps@downeybrand.com

Attorneys for Defendants
PHILIP POREMBSKI and PP WEB SERVICES LLC

\*\*E-Filed 3/15/2010\*\*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEREMI FISHER; PHILIP POREMBSKI; RYAN SHIMEALL; and JOHN DOES 1-25, individuals; and CHOKO SYSTEMS LLC; HARM, INC.; PP WEB SERVICES LLC; iMEDIA ONLINE SERVICES LLC; and JOHN DOES 26-50, corporations,<br><br>Defendants. | Case No. C 09-05842 JF<br><br>[PROPOSED] ORDER GRANTING DOWNEY BRAND LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD |

Downey Brand LLP seeks leave to withdraw as counsel of record for Defendants Porembski and PP Web Services LLC (individually "Porembski" or "PP WEB SERVICES" or collectively "Defendants"). The Court has reviewed and considered Downey Brand LLP's Motion to Withdraw as Counsel of Record for Defendants Porembski and PP Web Services, and all documents filed in support thereof, including the Declarations of Michael J. Thomas, and issues the following Order.

///

1062009.1

1

[PROPOSED] ORDER

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED, that with respect to Downey Brand's motion to withdraw, the court finds that in view of the declaration of Michael Thomas, and the facts set forth therein that Downey Brand's motion to withdraw should be granted. The Court further finds that Defendants shall be afforded __30__ days in which to secure substitute counsel and to file a responsive pleading. Accordingly, Downey Brand LLP's motion to withdraw is hereby GRANTED. |

IT IS HEREBY ORDERED, that with respect to Downey Brand's motion to withdraw, the court finds that in view of the declaration of Michael Thomas, and the facts set forth therein that Downey Brand's motion to withdraw should be granted. The Court further finds that Defendants shall be afforded __30__ days in which to secure substitute counsel and to file a responsive pleading. Accordingly, Downey Brand LLP's motion to withdraw is hereby GRANTED.

IT IS SO ORDERED.

Dated: 3/10/2010

_____
JUDGE, UNITED STATES DISTRICT COURT

Submitted by:

**DOWNEY BRAND LLP**

/s/ Michael J. Thomas
Attorneys for Defendants PHILIP POREMBSKI
and PP WEB SERVICES, LLC