Brian Hennessy State Bar No. 226721
bhennessy@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California  94025
Telephone:  650.838.4300
Facsimile:  650.838.4350

James McCullagh, *pro hac vice application to follow*
jmccullagh@perkinscoie.com
Joseph Cutler, *pro hac vice application to follow*
jcutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
  FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>                         Plaintiff,<br><br>         v.<br><br>JEREMI FISHER; PHILIP POREMBSKI; RYAN SHIMEALL; and JOHN DOES 1-25, individuals; and CHOKO SYSTEMS LLC; HARM, INC.; PP WEB SERVICES LLC, iMEDIA ONLINE SERVICES LLC, and JOHN DOES 26-50, corporations,<br><br>                         Defendants. | Case No. C 09-05842 JF<br><br>XXXXXXXXXXX] **AMENDED ORDER GRANTING PLAINTIFF'S REQUEST FOR ORDER DIRECTING RELEASE OF COMPUTER** |

THIS MATTER came before the Court for hearing on plaintiff Facebook, Inc.'s ("Facebook") Administrative Request Pursuant to Local Rule 7-11 for an order directing the

1  Sacramento County Sheriff's Department to release the computer described in Sacramento
2  County Sheriff's Department Report No. NE 2010-0093641 to Facebook for the purposes of
3  engaging an independent third party to make a mirror image of the computer's hard drive and to
4  deliver that mirror image to Facebook.  After such imaging, Facebook shall return the computer
5  to the Sacramento County Sheriff's Department.
6         Now, the Court having considered Plaintiff's request, the memorandum in support thereof,
7  and the declaration of Ryan Mrazik in support of the request, hereby finds:
8         1.      Defendants received notice and did not object to Facebook's Request to Obtain a
9  Copy of the information residing on the Computer turned over to the Sacramento Sheriff's
10 Department on or about May 26, 2010.
11        2.      The lack of objection by defendants as well as the facts surrounding the recovery
12 of the computer are consistent with an intent to abandon the property.
13        3.      Good cause exists to permit Facebook to obtain a copy of the information residing
14 on the computer currently in possession of the Sacramento Sheriff's Department and described in
15 Sacramento County Sheriff's Department Report No. NE 2010-0093641.
16
17        Now, therefore, it is hereby ORDERED as follows:
18        1.      The Sacramento County Sheriff's Department is directed and ordered to make
19 available for copy, consistent with the terms of this Order, the computer described in Sacramento
20 County Sheriff's Department Report No. NE 2010-0093641.
21        2.      Facebook is authorized to obtain a mirror image copy of the hard drive of the
22 computer described in Sacramento County Sheriff's Department Report No. NE 2010-0093641.
23 This copy may be obtained either on-site at the Sacramento Sheriff's Department or at the offices
24 of an independent third party selected by Facebook.  In the event that the copy is made at the
25 offices of an independent third party, upon completing the copy, Facebook shall promptly return
26 the computer to the custody of the Sacramento Sheriff's Department.
27
28

1  IT IS SO ORDERED.

2

3  Dated: __June 29_____, 2010      _Patricia V. Trumbull_____
                                          The Honorable Patricia V. Trumbull
4                                         United States Magistrate Judge

5  Presented by:

6  **PERKINS COIE LLP**

   By:  s/ James R. McCullagh
7       Brian Hennessy (SBN 226721)
        bhennessy@perkinscoie.com
8       James R. McCullagh (*pro hac vice*)
        jmccullagh@perkinscoie.com
9       Joseph Cutler (*pro hac vice*)
        jcutler@perkinscoie.com
10 *Attorneys for Plaintiff Facebook, Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I certify that on June 29, 2010, I sent the foregoing [PROPOSED] AMENDED ORDER GRANTING PLAINTIFF FACEBOOK, INC.'S REQUEST FOR ORDER DIRECTING RELEASE OF COMPUTER, which was filed with the Clerk of the Court using the CM/ECF system, via U.S. Mail and electronic mail to the following Defendants:

| | |
|---|---|
| Jeremi Fisher<br>Choko Systems LLC<br>35 Jackson Street<br>Akron, New York 14001<br>chokosystems@gmail.com | Philip Poremsbki<br>Harm Inc.<br>PP Web Services LLC<br>12155 Tributary Point Drive<br>Apt. 170<br>Rancho Cordova, California 95670<br>phil420@gmail.com |

Ryan Shimeall
iMedia Online Services LLC
10299 Julian Court
Westminster, Colorado 80031
ryanlinx@yahoo.com

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 29th day of June 2010.

By: /s/ James R. McCullagh
Brian Hennessy (SBN 226721)
bhennessy@perkinscoie.com
James R. McCullagh (*pro hac vice*)
jmccullagh@perkinscoie.com
Joseph Cutler (*pro hac vice*)
jcutler@perkinscoie.com

Attorneys for Plaintiff Facebook, Inc.