**E-Filed 10/27/2010**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br>a Delaware Corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>JEREMI FISHER; PHILIP POREMBKSI; RYAN SHIMEALL; and JOHN DOES 1-25, individuals; and CHOKO SYSTEMS LLC; HARM, INC.; PP WEB SERVICES LLC, iMEDIA ONLINE SERVICES LLC; and JOHN DOES 26-50, corporations,<br><br>               Defendants. | Case Number 5:09-cv-05842-JF<br><br>ORDER REQUESTING BRIEFING |

In reviewing Plaintiff's motion for default judgment against Defendants Philip Porembski and PP Web Services, LLC, it appears Plaintiff has alleged liability in part pursuant to a prior version of the Computer Fraud and Abuse Act 18 U.S.C. § 1030 ("CFAA"). The Court requests that Plaintiff clarify whether the conduct is alleged to have occurred under the prior version of the CFAA.

DATED: 10/27/10

_____
JEREMY FOGEL
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2