**E-Filed 11/19/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br>a Delaware Corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JEREMI FISHER; PHILIP POREMBKSI; RYAN SHIMEALL; and JOHN DOES 1-25, individuals; and CHOKO SYSTEMS LLC; HARM, INC.; PP WEB SERVICES LLC, iMEDIA ONLINE SERVICES LLC; and JOHN DOES 26-50, corporations,<br><br>　　　　　　　　　　Defendants. | Case Number 5:09-cv-05842-JF<br><br>ORDER[1] DIRECTING NOTICE OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |

　　　It has become apparent that Defendants Philip Porembski and PP Web Services, LLC have not received notice of Plaintiff's motion for default judgment, which was filed on August 27, 2010. Pursuant to Fed. R. Civ. P. 55(b)(2), "[i]f the party against whom a default judgment is sought has appeared personally or by a representative, that party or its representative must be served with written notice of the application at least 7 days before the hearing." Although Defendants previously appeared through counsel, Downey Brand, LLP, by means of a stipulated

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:09-cv-05842-JF
ORDER DIRECTING NOTICE OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
(JFLC1)

order issued on January 8, 2010, counsel's services apparently were terminated on March 15, 2010. Thus, notice of the instant motion should have been served on Defendants themselves pursuant to Fed. R. Civ. P. 55(b)(2).

**ORDER**

Accordingly, the Court directs that Plaintiff send notice of the instant motion to Defendants[2] at their addresses of record.

**IT IS SO ORDERED.**

DATED: 11/19/10

_____
JEREMY FOGEL
United States District Judge

---

[2] Plaintiff's counsel, Joseph Cutler, has informed the Court that he is in possession of an email address for Defendant Philip Porembski. The Court directs that notice be sent to this address as well as any additional known addresses for Defendants.